# United States District Court
# Western District of North Carolina Asheville Division

| | | |
|---|---|---|
| **DEBORAH REID HENDRIX,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00178-MR |
| | ) | 1:05-cr-00023-MR-DLH-5 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2015 Order.

May 26, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court